Interstate Optical Company, appellant, v. Illinois State Society of Optometrists and the Chicago Optometric Society, defendants. Illinois State Society of Optometrists and R. F. T. Lee, appellees. Gen. No. 32,799.

Heard in the third division of this court for the first district at the June term, 1928. Opinion filed January 30, 1929.

Bernard J. Brown and Jesse H. Brown, for appellant; Jesse H. Brown, of counsel. Nicholson, Crandall & Snyder, for appellees; John T. Chadwell and Francis G. Rearick, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

Clarence H. Alexander, appellee, v. Charles Hoekstra and George H. Hoekstra, trading as Hoekstra Overall Laundry, appellants. Gen. No. 32,823.

Heard in the third division of this court for the first district at the June term, 1928. Opinion filed January 30, 1929.

Kremer, Branand & Hamer, for appellants. Silber, Isaacs, Silber & Woley, for appellee; Donald N. Clausen, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

George Thomas Morris, defendant in error, v. Frank White et al., plaintiff in error. Gen. No. 32,904.

Heard in the third division of this court for the first district at the October term, 1928. Opinion filed January 30, 1929.

Hogan & Dougherty, for plaintiff in error. Clayton W. Mogg, for defendant in error.

Mr. Justice Ryner delivered the opinion of the court.